(1) The petition for permission to appeal is granted.

(2) The motion for leave to file a brief amicus curiae is granted.

Gregory T. SMITH, Claimant–Appellant,

v.

Gordon H. MANSFIELD, Acting Secretary of Veterans Affairs, Respondent–Appellee.

No. 2007–7222.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2007.

Heather Cessna, ABS Legal Advocates, P.A. of Lawrence, Kansas, argued for claimant-appellant. On the brief was Virginia A. Girard–Brady.

Tara K. Hogan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Martie Adelman, Attorney, United States Department of Veterans Affairs, of Washington, DC.

Before MICHEL, Chief Judge, NEWMAN and PROST, Circuit Judges.

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.